BYE v. CERNIGLIA

---

(November 28, 1927. Opinion and Decree.)

---

(*Syllabus by the Court*)

1. **Louisiana Digest—Appeal—Par. 625.**
The judgment of the lower court will be affirmed when the questions of fact are correctly decided by the lower court.

Appeal from the First City Court. Hon. Val J. Stentz, Judge.

Action by Harry Bye against George Cerniglia.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed.

Gordon Boswell, of New Orleans, attorney for plaintiff, appellee.

Jos. Lautenschlaeger, of New Orleans, attorney for defendant, appellant.

JONES, J. This is a suit for three hundred dollars ($300.00), the cost of repairing plaintiff's automobile, alleged to have been damaged by defendant's negligent driving.

Defendant denies negligence and files a reconventional demand for one hundred eighty dollars ($180.00), amount alleged to have been paid by him for damage done to property on the sidewalk and in the neighboring yard by his automobile after collision with plaintiff's car.

As only questions of fact are involved and both the evidence and attendant circumstances amply support the decision of the lower court for plaintiff, the judgment is affirmed.